638

382 A.2d 758

Commonwealth ex rel. Whitaker, Appellant, v. Whitaker.

Submitted June 16, 1977.
Dean L. Foote, and Foote & Greisamer, for appellant; William G. Malkames, for appellee.

Order affirmed.

382 A.2d 759

Frederick, Appellant, v. Lyons.

Submitted June 16, 1977. Dean L. Foote, and Foote & Greisamer, for appellant; Thomas J. Fischer and Harold G. Nabhan, for appellee.

Order affirmed.